# United States District Court
# Central District of California

| | |
|---|---|
| CHRIS LANGER,<br><br>                Plaintiff,<br><br>   v.<br><br>PRAKASHCHANDRA K. PATEL, ET AL.,<br><br>                Defendants. | CV 14-00362-CBM(FFMx)<br><br>ORDER GRANTING DISMISSAL PURSUANT TO FRCP 41(a)(1)<br>[JS-6] |

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: March 14, 2014

_____
Honorable Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE